IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Merrill E. Fields
1645 Calhoun St.
Apt #309
Baltimore, MD 21217
_(Full name and address of the plaintiff)_
**Plaintiff(s)**

vs.

Joseph Chet/Rit/Property Manager
1645 Calhoun Street
Baltimore Maryland 21217
Stephanie/Manager
1645 Calhoun Street
Baltimore Maryland 21217
Security Supervisor
1645 Calhoun St.
Maintenance Supervisor
1645 Calhoun Street
Baltimore Maryland 21217
_(Full name and address of the defendant(s))_
**Defendant(s)**

Civil No.: _____
_(Leave blank. To be filled in by Court)_

\*\*\*\*\*\*\*\*

## COMPLAINT

1. Jurisdiction in this case is based on:

   ☐ Diversity (none of the defendants are residents of the state where plaintiff is a resident)

   ☑ Federal question (suit is based upon a federal statute or provision of the United States Constitution)

   ☑ Other (explain) Defendants had no regard for my civil rights, safety or equal rights.

3. The relief I want the court to order is:

- [x] Damages in the amount of: 5000000.00
- [x] An injunction ordering: The Defendants to compensate Plaintiff for damage
- [x] Other (explain) Forbid Defendants from leaving country to avoid paying damages.

_Merrill E. Fields_
(original signature of plaintiff)

1715 East Eager St
Apt #403
Baltimore, MD. 21205
(address of plaintiff)

2. The facts of this case are:

I was Relocated by the Victim Assistance Project to get Away from Andre Fontaine And Family Who started Starking Me and threatening Me for taking out a Warrant on Andre Fontaine. I Resided in Frederick Douglas Apartments Where I was constantly threaten, disrespected, Verabally and physically abused. I informed Management and the Landlord of the conditions I was forced to live while a Tenant in Frederick Douglas Apartments. Landlord Joseph informed Me to inform his Sercuity Supervisor. Once informed Security Supervisor failed

To do anything. In fact, said security supervisor was aware that several family members warranted in relation to the crime committed against me were hiding out in his friend's (Rodney's) house. One of my neighbors house. Copies of the arrest warrant and two (2) peace orders on Andre Fontain was placed in the rental office. I informed the manager, Stephanie that several attempts were made on my life while living in said apartment building. Due to my medical condition, kidney transplant, lung disease, chronic pain in lower extremities, I could not have my live in aide move in and assist me. I am under Doctor's orders to have a live in aide and the Housing

Authorized to pay for the additional bed room for the live in Aide. But because of the living conditions I was subjected to live under, I was afraid for my Live in Aide's life. As a result of the deplorable conditions I was forced to live under, I was relocated to another Apartment building on the other side of Town. During my stay in Frederick Douglas Apartme I was hospitalize several times due to the things I was forced to undergo in Frederick Dougla Apartments. I received no help at all from Management, Security, or the Landlord. I implore that the court grant me the relief I seek.

Respectfully,
Merrill Fields
1715 E. Eager Stre
Baltimore, Maryland
Apt #403       2120